No. 97–1866. INTERSTATE INDEPENDENT CORP. v. BOARD OF ZONING APPEALS FOR FAYETTE COUNTY AND THE VILLAGE OF

OCTA. Ct. App. Ohio, Fayette County. Certiorari denied. ▇